# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| STEPHEN ANDREW CARROLL | CIVIL ACTION NO. 10-1572 |
| VERSUS | JUDGE ELIZABETH ERNY FOOTE |
| BELLE CITY AMUSEMENTS, ET AL | MAGISTRATE JUDGE KAREN L. HAYES |

## ORDER

Considering the foregoing Joint Stipulation of Dismissal [Record Document 10] filed on behalf of all parties,

**IT IS ORDERED** that all claims by Plaintiff Stephen Carroll against Belle City Amusements, Inc. and Ace American Insurance Company be and are hereby **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** on this 22nd day of March, 2011.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE